IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO MARTINEZ ARIAS,** | Case No. C 15-1136 WHA (PR) |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **WILLIAM MUNIZ, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until August 17, 2015, to file a response to the order to show cause. If Petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within twenty-eight (28) days of the date the answer is filed.

Dated: _____July 16, 205_____        _____
                                      The Honorable William Alsup